Hector Arturo OROPEZA, Petitioner–Appellant,

v.

Jeanne S. WOODFORD, Respondent–Appellee.

No. 07–15940.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Hector Arthuro Oropeza, San Quentin, CA, pro se.

Patricia Webber Heim, Esq., AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

### MEMORANDUM **

California state prisoner Hector Arturo Oropeza appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We dismiss.

Oropeza contends that the Board of Prison Terms' 2001 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. After briefing was completed in this case, this court held that a certificate of appealability ("COA") is required to challenge the denial of parole. *See Hayward v. Marshall,* 603 F.3d 546, 554–55 (9th Cir.2010) (en banc). Now the Supreme Court has held that the only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *See Swarthout v. Cooke,* —— U.S. ——, 131 S.Ct. 859, 863, 178 L.Ed.2d 732 (2011) (per curiam). Because Oropeza raises no procedural challenges regarding his parole hearing, a COA cannot issue, and we dismiss the appeal for lack of jurisdiction. *See* 28 U.S.C. § 2253(c)(2).

Oropeza's requests for judicial notice are denied as moot.

**DISMISSED.**